# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

KEVIN KENNEDY                                                                                   PLAINTIFF

v.                                            3:20-cv-00212-JM-JJV

STATE OF ARKANSAS, *et al*.                                                            DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge James M. Moody, Jr. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.    Why the record made before the Magistrate Judge is inadequate.

2.    Why the evidence proffered at the hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3. The details of any testimony desired to be introduced at the new hearing in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing. Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## **DISPOSITION**

Kevin Kennedy ("Plaintiff") filed this action on July 22, 2020, alleging violations of his constitutional rights. (Doc. No. 1.) On August 7, 2020, mail sent from the Court to Plaintiff was returned as undeliverable. (Doc. No. 3.) That same day, I reminded Plaintiff of his duty under Local Rule 5.5(c)(2) to promptly notify the Clerk of the Court and other parties of any change in his address. (Doc. No. 4.) I also directed Plaintiff to update his address with the Court within thirty days, or risk having his case dismissed without prejudice. (*Id.*) The Clerk mailed a copy of the July 28 Order to Plaintiff, but that envelope was returned also. (Doc. Nos. 5, 6.)

More than thirty days have passed from the entry of my August 7, 2020 Order. Plaintiff has not complied with or otherwise responded to the Order. Plaintiff was warned that failure to comply with the August 7 Order could result in the dismissal of his case without prejudice pursuant to Local Rule 5.5(c)(2).

IT IS, THEREFORE, RECOMMENDED that Plaintiff's Complaint (Doc. No. 1) be DISMISSED without prejudice, and that the Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 14th day of September 2020.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE