## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**KEVIN KENNEDY**                                                                         **PLAINTIFF**

**v.**                           **CASE NO:  3:20CV00212-JM**

**STATE OF ARKANSAS,** *et al*.                                     **DEFENDANTS**

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that Plaintiff's Complaint (Doc. No. 1) is DISMISSED without prejudice and that the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this Recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 5th day of October, 2020.

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE