# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**KEVIN KENNEDY**                                                                                   **PLAINTIFF**

**v.**                              **CASE NO: 3:20CV00212-JM**

**STATE OF ARKANSAS,** *et al*.                                                         **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 5th day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE